**Opinion filed February 17, 2011**



In The

# Eleventh Court of Appeals

_____

## No. 11-10-00250-CV
_____

### BAR-R ENTERPRISES, INC., Appellant

### V.

### BRYAN COOK AND EDDIE EDINGTON, Appellees

**On Appeal from the 259th District Court**
**Shackelford County, Texas**
**Trial Court Cause No. 2009-029**

### M E M O R A N D U M   O P I N I O N

Bar-R Enterprises, Inc., Bryan Cook, and Eddie Edington have filed in this court a joint motion to dismiss the appeal. In the motion, the parties state that "[a]ll matters in controversy" have been fully and completely settled and that "there is no necessity to proceed with the appeal." Therefore, in accordance with the parties' joint request, we dismiss the appeal. *See* TEX. R. APP. P. 42.1.

The motion to dismiss is granted, and the appeal is dismissed.


February 17, 2011                                              PER CURIAM

Panel consists of: Wright, C.J.,
McCall, J., and Strange, J.